# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL KEESLING, | No. SA CV 13-1438-JSL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L.S. McEWEN, Warden, et al., | |
| Respondents. | |

Pursuant to the order accepting the findings, conclusions and recommendation of the magistrate judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 15, 2014

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE